

# Third Court of Appeals



RECEIVED

MAR 03 2015

THIRD COURT OF APPEALS
JEFFREY D. KYLE

## RECEIPT FOR CHECK-OUT RECORD
### (CLOSED CASES)

    This is to acknowledge that I have taken receipt of the following items of this record. I understand that I am fully responsible for the care and custody of these items. **These items will be returned no later than the due date shown below.** These items were received by me in good condition, properly bound and certified by the appropriate Clerk or Court Reporter if applicable.

| | |
|---|---|
| Cause Number: **03-14-00279-CV** | Retention Center No.: |

| |
|---|
| Name of Cause: **Gulf Coast Coalition of Cities v Railroad Commission of TX** |

| |
|---|
| Items Checked out: |
| 2 boxes of administrative record |

| | |
|---|---|
| Date Items Checked Out: | Date Items are due: **PERMANENT** |

| |
|---|
| Requested By: |

| |
|---|
| Attorney: **Kellie E. Billings-Ray** |

| | |
|---|---|
| Signature: | Driver Lic.: |

| |
|---|
| Bar Card Number: |

| |
|---|
| Firm/Agency: **Environmental Protection Division** |

| |
|---|
| Address: **P.O. Box 12548** |

| |
|---|
| Phone Number: **512-463-2012** |

*********************************************************************************

| |
|---|
| Approved By: **Jeff Kyle** |

*********************************************************************************

| |
|---|
| Dates Items Returned: **PERMANENT** |